# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  SHERRELL L. WILES                                    Case Number: 05-73000
206 REBECCA ST.                          SSN-xxx-xx-7307
HINESVILLE, GA  31313

Case filed on:        6/14/2005
Plan Confirmed on:     8/5/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,360.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 021 | MITCHELL KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SHERRELL L. WILES | 0.00 | 0.00 | 40.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 40.00 | 0.00 |
| 001 | JC AUTO SALES | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| | Total Secured | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 001 | JC AUTO SALES | 195.00 | 195.00 | 1.91 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCE CASH EXPRESS | 450.00 | 450.00 | 4.41 | 0.00 |
| 004 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 520.50 | 520.50 | 5.10 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 843.07 | 843.07 | 8.27 | 0.00 |
| 007 | BUREAU OF ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAVALRY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK IT OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITI COMMERCE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CITIBANK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CITIFINANCIAL AUTO LTD | 5,744.56 | 5,744.56 | 56.33 | 0.00 |
| 015 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DYMACOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,641.51 | 1,641.51 | 16.10 | 0.00 |
| 022 | GRESTY'S AUTO SALE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HORACE BOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,460.57 | 1,460.57 | 14.32 | 0.00 |
| 025 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MITCHELL KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSI COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PORTFOLIO RECOVERY ASSOCIATES | 1,688.83 | 1,688.83 | 16.56 | 0.00 |
| 034 | PROFESSIONAL CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | RICE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | RJM ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD MERCANTILE AGENCY INC | 701.60 | 701.60 | 6.88 | 0.00 |
| 039 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SPIEGEL CHARGE / FCNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | THE FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | TRANSOUTH FINANCIAL CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | US DEPARTMENT OF EDUCATION | 3,150.00 | 3,150.00 | 30.89 | 0.00 |
| 047 | WOLPOFF & ABRAMSON, L.L.P. | 1,071.74 | 1,071.74 | 10.50 | 0.00 |
| | Total Unsecured | 17,467.38 | 17,467.38 | 171.27 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | Grand Total: | 21,331.38 | 21,331.38 | 4,075.27 | 0.00 |
|---|---|---|---|---|---|

Total Paid Claimant:          $4,075.27
Trustee Allowance:            $284.73
Percent Paid Unsecured:       0.98

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By _/s/Heather M. Fagan_